# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FERNANDO SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORP.<br><br>    Defendant and Third-Party Plaintiff,<br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY<br><br>    Third Party Defendant. | Case No. 06-cv-10664 |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF STAY

PLEASE TAKE NOTICE THAT on April 2, 2007, New Century Mortgage Corp. ("New Century"), the defendant in this action, filed a voluntary bankruptcy petition under Title 11 of the United States Code in the U.S. Bankruptcy Court for the District of Delaware, Case No. 07-10419. Section 362(a) of the Bankruptcy Code operates to stay the commencement and continuation of judicial proceedings against New Century upon the claims asserted by the Plaintiff herein.

NEW CENTURY MORTGAGE CORPORATION,

By its attorneys,

/s/ Amanda Buck Varella
Cheryl B. Pinarchick (BBO# 636208)
Amanda Buck Varella (BBO# 641736)
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: April 3, 2007